44 So.2d 914

**Claud HOOPER v. STATE.**

**7 Div. 79.**

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Cherokee County; John M. Snodgrass, Judge.

Distilling.·

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

46 So.2d 862

**Lester P. HOOPER v. STATE.**

**7 Div. 40.**

Court· of Appeals of Alabama.
Feb. 28, 1950.

Rehearing Denied March 21, 1950.

Appeal from Law and Equity Court, Cherokee County; F. M. Savage, Judge.

Possessing still.

Keener & Keener, of Centre, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

44 So.2d 914

**Grover HUBBARD v. STATE.**

**5 Div. 298.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

47 So.2d 923

**G. Walton HUGHES v. STATE.**

**8 Div. 809.**

Court of Appeals of Alabama.
May 23, 1950.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

Keeping gaming table.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 914

**Lewis C. HUGHES v. CITY OF ANNISTON.**

**7 Div. 59.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Calhoun County; W. D. DeBardelaben, Judge.

Assault.

BRICKEN, Presiding Judge.
Affirmed for want of assignments of error.

44 So.2d 914

**James HYDE v. STATE.**

**8 Div. 802.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

44 So.2d 915

James **HYDE** v. **STATE.**

**8 Div. 827.**

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

44 So.2d 915

James **HYDE** v. **STATE.**

**8 Div. 828.**

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

44 So.2d 915

James **HYDE** v. **STATE.**

**8 Div. 833.**

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

44 So.2d 915

James **HYDE** v. **STATE.**

**8 Div. 834.**

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

49 So.2d 925

Ira **INGRAM** v. **STATE.**

**5 Div. 324.**

Court of Appeals of Alabama.

Nov. 28, 1950.

Appeal from Circuit Court, Elmore County. Oakley W. Melton, Judge.

PER CURIAM.

Appeal dismissed.